| | |
|---|---|
| 1<br>2<br>3<br>4 | **FIDELITY NATIONAL LAW GROUP**<br>**A Division of Fidelity National Title Group, Inc.**<br>**JOHN M. RYGH** (SBN 125040)<br>Email: John.Rygh@fnf.com<br>915 Wilshire Boulevard, Suite 2100<br>Los Angeles, California 90017<br>Telephone: (213) 438-4403<br>Facsimile: (213) 438-4417 |
| 5<br>6 | Attorneys for Defendant<br>FIDELITY NATIONAL TITLE COMPANY |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | DIANA D. JONES, an unmarried woman,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALL HOME LENDING, INC., a Business Entity, form unknown; SLP FINANCIAL SERVICES, a Business Entity, form unknown ; FIDELITY NATIONAL TITLE COMPANY, a Business Entity, form unknown; MORTGAGE ELECTRONIC RECORDING SYSTEMS, a Business Entity, form unknown ; and DOES 1-10 inclusive,<br>                    Defendants. | **CASE NO. CV10-7689  ODW (CWx)**<br>**Honorable Otis D. Wright II**<br><br>**JUDGMENT IN FAVOR OF DEFENDANT FIDELITY NATIONAL TITLE COMPANY** |

21

22    ///

23    ///

24    ///

      ///

25

26                                            1

On October 14, 2010 Plaintiff Diana Jones filed a complaint in this action naming Fidelity National Title Company as a defendant.

On December 13, 2010 Fidelity National Title Company filed a motion to dismiss. The court ruled on January 19, 2011, granting Fidelity's Motion to Dismiss.

For the reasons stated herein, judgment shall be and hereby is entered in favor of Defendant Fidelity National Title Company as follows:

Plaintiff's Complaint as against Defendant Fidelity National Title Company shall be and hereby is dismissed with prejudice.

Dated: February 24, 2011     _____
                              Honorable Otis D. Wright II
                              Unites States District Judge

2